**B9A (Local Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)    Case Number 13–01299–TLM

# UNITED STATES BANKRUPTCY COURT
## District of Idaho

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/25/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side for Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Brenda K Smith
fka Brenda K Hughes, fka Brenda Nicholson
302 Everett
Caldwell, ID 83605

| Case Number:<br>13–01299–TLM | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–9069 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Michael Shawn Jacques<br>JACQUES LAW OFFICE, P.C.<br>2021 Cleveland Blvd.<br>Caldwell, ID 83605<br>Telephone number: 208–344–2224 | Bankruptcy Trustee (name and address):<br>Jeremy Gugino<br>410 S. Orchard Street<br>Suite 144<br>Boise, ID 83705<br>Telephone number: (208) 342–1590 |

## Meeting of Creditors
Date: **July 25, 2013**                                           Time: **11:00 AM**
Location: **Washington Group Central Plaza, 720 Park Blvd., Suite 210, Boise, ID 83712**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 9/23/13**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Suite 400<br>550 West Fort Street<br>Boise, ID 83724<br>Telephone number: 208–334–1074 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Elizabeth A Smith |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 6/26/13 |

## EXPLANATIONS
B9A (Local Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front **of this form.** The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

```
                                United States Bankruptcy Court
                                       District of Idaho
In re:                                                                   Case No. 13-01299-TLM
Brenda K Smith                                                           Chapter 7
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0976-1           User: pfulwyler              Page 1 of 3              Date Rcvd: Jun 27, 2013
                               Form ID: b9a                 Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2013.
db           +Brenda K Smith,    302 Everett,   Caldwell, ID 83605-4028
4260379       Advantage Financial Services,    10 S. Cole Rd.,   Boise, ID 83709-0930
4260380       American Education Services,    Harrisburg, PA 17130-0001
4260381      +Apogee Med Grp - Idaho,    1175 Devin Dr., Ste. 385,    Muskegon, MI 49441-6079
4260383       Boise Kidney  Hptn Inst,    3525 E. Louise Dr.,   Ste. 100,    Meridian, ID 83642-6303
4260384      +Boise Radiology Group PLLC,    PO Box 9696,   Boise, ID 83707-4696
4260390      +CPR Debt Recovery,    PO Box 1434,   Meridian, ID 83680-1434
4260385     #+Canyon County Ambulance Dist,    11118 Moss Ln.,   Nampa, ID 83651-8015
4260391      +EPN Billing, Inc.,    PO Box 149,   Provo, UT 84603-0149
4260394       FMS,   PO Box 707600,   Tulsa, OK 74170-7600
4260392      +Fed Loan Serv,    Pob 69184,   Harrisburg, PA 17106-9184
4260393      +Financial Mgmt Svcs,    4915 S Union Ave,   Tulsa, OK 74107-7839
4260402     ++INTERMOUNTAIN GAS COMPANY,    PO BOX 5603,   BISMARCK ND 58506-5603
             (address filed with court: Intermountain Gas,    PO Box 64,   Boise, ID 83724)
4260397      +Idaho Emergency Physicians,    2963 E. Copper Point Dr.,    Meridian, ID 83642-9055
4260398      +Idaho Housing Agency,    Po Box 7899,   Boise, ID 83707-1899
4260399       Idaho Power,    PO Box 34966,   Seattle, WA 98124-1966
4260400       Idaho State Tax Commission,    PO Box 56,   Boise, ID 83756-0056
4260403       Intermountain Hospital,    303 N. Allumbaugh,   Boise, ID 83704-9208
4260405      +Interpath Laboratory,    PO Box 1180,   Sharpsburg, GA 30277-0964
4260406      +Kennedy Meadows,    1533 N. Milwaukee, PMB #374,   Boise, ID 83704-8471
4260407       Marc Bostick MD,    413 N. Allumbaugh St,   Ste. 101,   Boise, ID 83704-9219
4260408       Medical Business Bureau LLC,    PO Box 1219,   Park Ridge, IL 60068-7219
4260409      +Money Tree,    PO Box 58363,   Seattle, WA 98138-1363
4260410       Mountain Star Professional,    PO Box 271220,   Salt Lake City, UT 84127-1220
4260413      +Olurotimi A Ashaya, MD,    PO Box 4162,   Boise, ID 83711-4162
4260415      +RPM,   20816 44th Ave W,   Lynnwood, WA 98036-7799
4260414      +Rc Willey Home Furnishings,    Attn: Bankruptcy,   Po Box 65320,   Salt Lake City, UT 84165-0320
4260416       Sage Health Care,    413 N. Allumbaugh St,   Ste. 101,   Boise, ID 83704-9219
4260417       Terry Reilly Health Services,    211 16th Ave N,   Nampa, ID 83687-4058
4260419       West Asset Management,    PO Box 790113,   Saint Louis, MO 63179-0113
4260420       West Valley Medical Center,    PO Box 290429,   Nashville, TN 37229-0429
4260422      +Zing LLC,   22710 Lansing Ln.,    Middleton, ID 83644-5988

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: michael@jacqueslaw.net Jun 27 2013 20:10:37     Michael Shawn Jacques,
              JACQUES LAW OFFICE, P.C.,   2021 Cleveland Blvd.,   Caldwell, ID 83605
tr           +EDI: BJGUGINO.COM Jun 27 2013 20:13:00     Jeremy Gugino,   410 S. Orchard Street,   Suite 144,
              Boise, ID 83705-1288
ust          +E-mail/Text: ustp.region18.bs.ecf@usdoj.gov Jun 27 2013 20:11:04     US Trustee,
              Washington Group Central Plaza,   720 Park Blvd, Ste 220,   Boise, ID 83712-7785
4260382       EDI: BASSASSOC.COM Jun 27 2013 20:13:00     Bass  Associates,   3936 E. Fort Lowell Rd,
              Ste. 200,   Tucson, AZ 85712-1083
4260386      +E-mail/Text: dsmart@canyonco.org Jun 27 2013 20:11:02     Canyon County Tax Collector,
              1115 Albany St., Rm 342,   PO Box 730,   Caldwell, ID 83606-0730
4260388      +E-mail/PDF: tgabriel@cdresource.com Jun 27 2013 20:14:58     Cdi Affiliated Service,
              Po Box 4068,   Boise, ID 83711-4068
4260389       E-mail/Text: bankruptcy@collectionbureauinc.com Jun 27 2013 20:11:05     Collection Bureau, Inc.,
              PO Box 1219,   Nampa, ID 83653-1219
4260396       EDI: HFC.COM Jun 27 2013 20:13:00     HSBC/Best Buy,   PO Box 5893,   Carol Stream, IL 60197-5893
4260401      +Fax: 208-344-6860 Jun 27 2013 20:16:22     Intermnt Credit Servic,   910 W Main St,
              Boise, ID 83702-5720
4260404      +EDI: IRS.COM Jun 27 2013 20:13:00     Internal Revenue Service,   PO Box 7346,
              Philadelphia, PA 19101-7346
4260411       E-mail/Text: bankruptcydepartment@ncogroup.com Jun 27 2013 20:11:11     Nco Fin/55,
              Po Box 13570,   Philadelphia, PA 19101
4260412      +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 27 2013 20:11:11     NCO Financial Systems,
              Po Box 15270,   Wilmington, DE 19850-5270
4260418      +EDI: WESTASSET.COM Jun 27 2013 20:13:00     West Asset,   2703 North Highway 75,
              Sherman, TX 75090-2567
4260421      +EDI: WFFC.COM Jun 27 2013 20:13:00     Wf Fin Bank,   Attention: Bankruptcy,   Po Box 10438,
              Des Moines, IA 50306-0438
                                                                                             TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4260387     ##+Cbe Group,   131 Tower Park Dri,   Waterloo, IA 50701-9374
4260395     ##+Healthcare Idaho Credit Unio,    105 W. State St.,   Boise, ID 83702-6127
                                                                                 TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0976-1          User: pfulwyler            Page 2 of 3            Date Rcvd: Jun 27, 2013
                              Form ID: b9a               Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0976-1          User: pfulwyler            Page 3 of 3          Date Rcvd: Jun 27, 2013
                              Form ID: b9a               Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2013 at the address(es) listed below:

        Jeremy Gugino    gugino@cableone.net, id10@ecfcbis.com
        Michael Shawn Jacques    on behalf of Debtor Brenda K Smith michael@jacqueslaw.net, jennifer@jacqueslaw.net
        US Trustee    ustp.region18.bs.ecf@usdoj.gov

                                                                                                                          TOTAL: 3